**No. 09-10494. Kendrick Lee, Petitioner v. Michigan.**

562 U.S. 845, 131 S. Ct. 84, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5826.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-10495. Ernest George Minns, Petitioner v. Kim M. Crump.**

562 U.S. 845, 131 S. Ct. 84, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5966.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-10496. Yuecai Meng, Petitioner v. Mecklenburg County Department of Social Services.**

562 U.S. 845, 131 S. Ct. 84, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 6017,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 804, 690 S.E.2d 703.

**No. 09-10503. Jason Mourguet, Petitioner v. Gerald Hofbauer, Warden.**

562 U.S. 845, 131 S. Ct. 84, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5872.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10511. Louis Anthony Wilbon, Petitioner v. Lawrence Baran, et al.**

562 U.S. 845, 131 S. Ct. 85, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5831.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10514. Darnel D. Walker, Petitioner v. James A. Yates, Warden.**

562 U.S. 845, 131 S. Ct. 85, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5792,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10517. Bin Xu, Petitioner v. Mecklenburg County Department of Social Services.**

562 U.S. 845, 131 S. Ct. 389, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5985.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 200 N.C. App. 617, 687 S.E.2d 710.

**No. 09-10519. Erron Bing, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 845, 131 S. Ct. 85, 178 L. Ed. 2d 54, 2010 U.S. LEXIS 5777.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.